**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 1:25-cr-187-TBM-RPM**

**CHIRAGKUMAR PATEL**

**ORDER APPLYING SEIZED FUNDS TO RESTITUTION**

Before the Court is the United States of America's Motion [20] to Apply Seized Cash to Restitution. The Court finds that the unopposed motion is well-taken and should, therefore, be **GRANTED**.

In taking up the motion of the United States, the Court finds that:

1. The sum of $6,147.00 United States Currency was seized from Defendant Chiragkumar Patel and is presently held in the custody of the Federal Bureau of Investigation ("FBI");

2. As of November 2, 2026, Defendant Patel owes a balance of $324,260.00 on his Court-ordered restitution, but his special assessment of $100 has been paid; and

3. The United States, having sufficiently demonstrated that a valid judgment lien exists, is entitled to the above-mentioned property in FBI custody pursuant to 18 U.S.C. §§ 3613 and 3664.

IT IS THEREFORE ORDERED AND ADJUDGED that the FBI shall turn over to the United States District Clerk of Court for the Southern District of Mississippi, 501 E. Court Street, Suite 2.500, Jackson, MS 39201, and the Clerk of Court shall accept, the sum of $6,147.00, representing that portion of U.S. Currency seized and currently in its possession to be paid toward the restitution balance of Chiragkumar Patel.

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of Court shall apply these funds as payment toward the restitution owed by the Defendant in this case and reduce the restitution of the Defendant accordingly.

THIS, the 5th day of November, 2026.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE